**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 24-cv-00235-REB

SAVE THE POUDRE, a Colorado nonprofit corporation,

     Petitioner,

v.

LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR.1, in his official capacity as Chief of the U.S. Army Corps of Engineers,

     Respondent,

and

NORTHERN INTEGRATED SUPPLY PROJECT WATER ACTIVITY ENTERPRISE,

     Respondent-Intervenor..

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter before me is the **Stipulation of Dismissal** [#29][1], filed March 13, 2025. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal** [#29] is approved;

     2.  That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs; and

---

     [1]  "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3.  That this case is closed.

Dated March 13, 2025, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge